**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CLIFTON BEALE, | : |
| Plaintiff, | : |
| | : Civil Action No. 08-4279 (JAG) |
| v. | : |
| | : **ORDER** |
| RUBIN & ROTHMAN, LLC, | : **CLOSED** |
| DIANA K. ZOLLNER, ESQ., and | : |
| KATHRYN ANDREOLLI, ESQ., | : |
| Defendants. | : |

**GREENAWAY, JR., U.S.D.J.**

This matter comes before this Court on the motion of defendants, Rubin & Rothman, LLC, Diana Zollner, Esq., and Kathryn Andreolli, Esq., (collectively "Defendants"), to dismiss, pursuant to FED. R. CIV. P. 12(b)(6), against plaintiff, Clifton Beale ("Plaintiff"); and on the "Motion of Plaintiff to Dismiss Defendants through Counsel's Motion's claim of FRCP 12(b)(6)." This Court having reviewed the submissions of the parties, and for the reasons set forth in this Court's opinion,

IT IS on this 29th day of June, 2009,

ORDERED that Defendants' motion to dismiss (Docket Entry No. 9), pursuant to FED. R. CIV. P. 12(b)(6), is granted; and it is further

ORDERED that Plaintiff's Complaint shall be dismissed, with prejudice; and it is further

ORDERED that Plaintiff's "Motion of Plaintiff to Dismiss Defendants through Counsel's Motion's claim of FRCP 12(b)(6),"(Docket Entry No. 16), is denied, as moot;

ORDERED that a copy of this Order be served on all parties within seven (7) days of the date of entry of this Order.

                                                   S/Joseph A. Greenaway, Jr.
                                                   JOSEPH A. GREENAWAY, JR., U.S.D.J.